**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSIE BOYD,<br><br>        *Plaintiff*,<br><br>  v.<br><br><br>BURLINGTON COAT FACTORY OF<br>PENNSYLVANIA, LLC *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>No. 16-04990 |

**ORDER**

**AND NOW**, this 31st day of January, 2017, after consideration of Plaintiff's Motion to Remand, (ECF No. 8), and Defendant's Response, (ECF No. 11), it is hereby **ORDERED** that:

1. The motion is **GRANTED**;

2. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County;

3. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.